COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

# ORDER ON MOTION

Cause number: 01-14-00417-CV

Style: *Nick Yeh, Individually, Ashdon Inc. d/b/a Impression Bridal, and Emme Bridal, Inc., Appellants/Cross-Appellees v. Ellen Chesloff, Appellee/Cross-Appellant*

Type of motion: Motion for rehearing filed January 21, 2016

Party filing motion: Appellee

It is **ordered** that the motion for rehearing is **denied**.

Judge's signature: /s/ Jane Bland
 Acting for the Court

Panel consists of Chief Justice Radack and Justices Bland and Huddle.

Date: February 9, 2016